UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br>JAVIER VASQUEZ, *et al*<br><br>    Defendants | No. CR 02-20085 JF<br><br>**ORDER OF THE COURT CONTINUING THE HEARING ON DEFENDANT ANTONIO GARCIA'S MOTION FOR A BILL OF PARTICULARS** |

Based upon a stipulated agreement by the United States and defendant Antonio Garcia, and for good cause shown, the court ORDERS that the hearing on defendant Antonio Garcia's motion for a bill of particulars, currently set for Wednesday April 15, 2009, is CONTINUED one week, *i.e.*, to Wednesday, ~~October~~ April 22, 2009, at 9:00 a.m.

IT IS SO ORDERED.

Date: 4/14/09

                                          HONORABLE JEREMY FOGEL
                                        United States District Court Judge