```
1   BARRY J. PORTMAN
    Federal Public Defender
2   NICHOLAS P. HUMY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant OU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ANTONIO GARCIA,<br><br>            Defendant. | No. CR 02-20085 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE<br>AND EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT |

### **STIPULATION**

Defendant Antonio Garcia, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through Assistant United States Attorney Thomas A. Colthurst, hereby stipulate that, with the Court's approval, the status hearing currently set for Friday, January 15, 2010, at 1:30 p.m., shall be continued to Wednesday, January 20, 2010, at 9:00 a.m.

The continuance is requested due to the medical treatment schedule of defense counsel.

In addition, the defense respsectfully requests that the defendant's presence, which has been excused for the January 15, 2010, hearing, be excused for the January 20, 2010, hearing.

The government does not oppose this request.

The parties agree that the time between Friday, January 15, 2010, and January 20, 2010, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated:  January 13, 2010

                              /s/
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated:  January 13, 2010

                              /s/
THOMAS A. COLTHURST
Assistant United States Attorney

## [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing shall be continued from Friday, January 15, 2010, to Wednesday, January 20, 2010.

THE COURT FINDS that failing to exclude the time between January 15, 2010, and January 20, 2010, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between January 15, 2010, and January 20, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between January 15, 2010, and January 20, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

1   IT IS FURTHER ORDERED that the defendant's appearance at the January 20, 2010,
2   status hearing shall be excused.
3   IT IS SO ORDERED.

5   Dated: 1/14/10

6   _____
    The Honorable Jeremy Fogel
    United States District Court