1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | GARY G. FRY (CABN 85582)
THOMAS A. COLTHURST (CABN 99493)

5 | Assistant United States Attorneys

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113

7 | Telephone: (408) 535-5061
Fax: (408) 535-5066

8

Attorneys for the United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,                 )    No. CR 02-20085-JF
                                              )
14 |     Plaintiff,                            )
                                              )    NOTICE OF DISMISSAL
15 | v.                                        )
                                              )
16 | ANTONIO GARCIA,                           )
     CARLOS ALVARADO,                          )    (San Jose Venue)
17 |                                           )
         Defendants.                           )
18 |                                           )
                                              )

19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21 United States Attorney for the Northern District of California dismisses the above indictment

22 without prejudice and moves that the Court quash the arrest warrants issued in connection with

23 the indictment in this case.

DATED: February 8, 2010                           Respectfully submitted,

24

                                                   JOSEPH P. RUSSONIELLO
25                                                 United States Attorney

26

27                                                 BRIAN J. STRETCH
                                                   Chief, Criminal Division
28

NOTICE OF DISMISSAL (CR 02-20085-JF)

Leave is granted to the government to dismiss the indictment.

Date: 2/12/10

*[signature]*

The Honorable Jeremy Fogel
United States District Judge